

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CALVIN LORINZO PERRY,

    Petitioner,

v.                                            Civil Action No. **3:14CV523**

HAROLD CLARKE,

    Respondent.

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Perry's Objection is OVERRULED.

2. The Report and Recommendation is ACCEPTED and ADOPTED.

3. The action is DISMISSED FOR WANT OF JURISDICTION.

4. The Court DENIES a certificate of appealability.

Should Perry desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Perry.

And it is so ORDERED.

Date: 3-30-15
Richmond, Virginia

/s/
James R. Spencer
Senior U. S. District Judge